# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH A. HOFER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| TODD, BREMER & LAWSON, INC. and UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, | ) Cause No. 4:12-cv-1438-HEA ) ) ) ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

The parties to this case hereby stipulate to dismissal of Plaintiff's claims with prejudice, without costs, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).  The claims of the class members are dismissed without prejudice.

| **HINSHAW & CULBERTSON LLP** | **BURKE LAW OFFICES, LLC** |
|---|---|
| By:   /s/ John Mark Hongs | By:   /s/ Alexander H. Burke |
| John Mark Hongs #54083MO | Alexander H. Burke |
| 701 Market Street, Suite 1300 | 155 N. Michigan Avenue, Suite 9020 |
| St. Louis, Missouri 63101-1843 | Chicago, IL  60601 |
| Tel: 314-241-2600 | Tel: (312) 729-5288 |
| Fax: 314-241-7428 | Fax: (312) 729-5289 |
| jhongs@hinshawlaw.com | aburke@burkelawllc.com |
| *Attorney for Defendants* | *Attorney for Plaintiff* |
| *TODD, BREMER & LAWSON, INC. and UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES* | *JOSEPH A. HOFER* |

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certified that a true and correct copy of the foregoing document was served by electronic service through the ECF system on all counsel of record on this 7th day of January 2013:

| | |
|---|---|
| Mr. Robert T. Healey, Esq. | Mr. Alexander H. Burke, Esq. |
| HEALEY LAW, LLC | BURKE LAW OFFICES, LLC |
| 640 Cepi Drive, Suite A | 155 N. Michigan Avenue, Suite 9020 |
| Chesterfield, MO  63005 | Chicago, IL  60601 |
| P: (636) 536-5175 | P: (312) 729-5288 |
| F: (636) 590-2882 | F: (312) 729-5289 |
| bob@healeylawllc.com | aburke@burkelawllc.com |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

       /s/ John Mark Hongs

12537380v1 0938947